**Kennith S. STOEHR, Appellant,**

v.

**Tim REISCH, Secretary of Corrections; Daryl R. Slykhuis, Deputy Warden; Doug Weber, Warden, South Dakota State Penitentiary; Rodney Brockoft, Lt. in charge of DHO; South Dakota Department of Corrections, Appellees.**

No. 05–3849.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 2, 2007.

Filed: Feb. 7, 2007.

Kennith S. Stoehr, Sioux Falls, SD, pro se.

Jennifer Lynn Wollman, Woods & Fuller, Sioux Falls, SD, for Appellees.

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

PER CURIAM.

Kennith S. Stoehr appeals the adverse grant of summary judgment entered by the district court[1] in his 42 U.S.C. § 1983 action. Following de novo review, we agree with the district court that defendants' uncontroverted evidence showed Stoehr's due process rights were not violated at his prison disciplinary proceedings. We also find no abuse of discretion in the denial of Stoehr's motion for coun-

sel. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

**1.** The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.